IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. DENNIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. SAMUL,<br><br>　　　　　Respondent. | No. 2:21-CV-1906-DMC-P<br><br><br>ORDER |

　　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 25, 2021, the Court directed Petitioner to resolve the fee status of this case within 30 days. On November 22, 2021, Petitioner filed a letter indicating he had sent a check for the filing fees. Included with the letter was a copy of the face of a check payable to the U.S. District Court for the Central District of California. It appears Plaintiff's check was also addressed to that court. This Court's records show no indication of receipt of a check from Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

The Court will construe Petitioner's letter as a motion for additional time to resolve the fee status of this case and, so construed, will grant Plaintiff's motion. Accordingly, Petitioner shall resolve the fee status of this case, consistent with the Court's October 25, 2021, order, within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: December 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE